# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

LAKELAND REGIONAL HEALTH SYSTEM  )
                                         )

        Plaintiff,                 )
                                         )

           v.                   )     Civil Case No. 12-600 (RJL)
                                         )

KATHLEEN SEBELIUS, *Secretary*      )
*Department of Health and Human Services*   )
                                         )

        Defendant.              )

## ORDER
(July 16, 2013) (Dkts. ##9,11)

For the reasons set forth in the Memorandum Opinion entered this 16 day of July 2013, it is hereby

**ORDERED** that defendant's Motion for Summary Judgment [Dkt. #11] is **GRANTED**; and it is further

**ORDERED** that plaintiffs' Motion for Summary Judgment [Dkt. #9] is **DENIED**; and it is further

1

**ORDERED** that the above-captioned case is **DISMISSED** with prejudice.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge